
PATRICK W. EMERY, ESQ. (SBN 061050)
MATTHEW R. LILLIGREN, ESQ. (SBN 246991)
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA  95402-1566
Telephone:     707-542-5050
Facsimile:      707-542-2589

Attorneys for Plaintiff Burrell Horton

LAURIE E. SHERWOOD, ESQ. (SBN 155312)
ALEX F. PEVZNER, ESQ. (SBN 221606)
WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, CA 94111-2612
Telephone:     415-781-7072
Facsimile:      415-391-6258

Attorneys for Defendant Getaway Adventures, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BURRELL HORTON, | ) | No. C 07-04158 EMC |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO REMAND CASE TO SONOMA COUNTY SUPERIOR COURT; [PROPOSED] ORDER THEREON** |
| v. | ) | |
| GETAWAY ADVENTURES, DOES 1 TO 30, | ) | |
| Defendants. | ) | |

WHEREAS, plaintiff Burrell Horton originally filed this action on May 8, 2007 in California Superior Court, County of Sonoma, Case No. SCV-240675; and

WHEREAS, defendant Getaway Adventures, Inc. filed a notice of removal of the action to this Court on August 14, 2007 based upon diversity of citizenship between the parties under 28 U.S.C. section 1441; and

08/29/2007  15:20   4153915258   WFBM   PAGE 04/04
Case 3:07-cv-04158-EMC   Document 7   Filed 09/17/07   Page 2 of 2

08/28/2007 10:13 FAX 707 542 2589   ABBEY WEITZENBERG ET AL   ☒004

WHEREAS, defendant Getaway Adventures, Inc. is a California corporation with its principal place of business in Santa Rosa, California, and thus, is a citizen of the state in which this action was originally brought within the meaning of 28 U.S.C section 1441, subdivision (b); and

WHEREAS, the parties have met and conferred over the removal of this matter and have agreed that the case should be remanded to state court without the need for plaintiff to file a formal motion;

THEREFORE, subject to the approval of this Court, IT IS HEREBY STIPULATED by and between the parties through their respective counsel that this case be remanded to California Superior Court, County of Sonoma.

SO STIPULATED:

Dated: August 30, 2007        ABBEY, WEITZENBERG, WARREN & EMERY

                              By: _____
                                  MATTHEW R. LILLIGREN
                                  Attorneys for Plaintiff

Dated: August 29, 2007        WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

                              By: _____
                                  ALEX F. PEVZNER
                                  Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __September 17__, 2007

                              HONORABLE
                              United States



IT IS SO ORDERED
Judge Edward M. Chen

-2-

STIPULATION AND PROPOSED ORDER                                   C 07-04158 EMC

08/29/2007 WED 15:22   [TX/RX NO 9165]   ☒004